JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :     INDICTMENT   RcD
                                  :
         -v.-                     :     07 CRIM 557
                                  :
WILFREDO SALAS,                   :
   a/k/a "Pito,"                  :
                                  :
                    Defendant.    :
- - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about early 2007, up to and including on or about June 4, 2007, in the Southern District of New York and elsewhere, WILFREDO SALAS, a/k/a "Pito," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that WILFREDO SALAS, a/k/a "Pito," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED JUN 19 2007

Overt Acts

3.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.  On or about May 3, 2007, in New York, New York, WILFREDO SALAS, a/k/a "Pito," the defendant, delivered a quantity of cocaine to a customer.

(Title 21, United States Code, Section 846.)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILFREDO SALAS, a/k/a "Pito,"

Defendant.

INDICTMENT

07 Cr.       (   )

(21 U.S.C. §§ 812, 841(a)(1) and
(b)(1)(A), and 846.)


MICHAEL J. GARCIA
United States Attorney.


A TRUE BILL

*Madeline Couton*
Foreperson.

Post 11/1/87

6/19/07 - Indictment filed. Case assigned to Judge Koeltl for all purposes.

Eaton, J. U.S.M.J.