```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -               07 Cr. 557 (JGK)

WILFREDO SALAS,              SPEEDY TRIAL ORDER

            Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **August 3, 2007** at **3:00 p.m.**

    Because an adjournment is needed to allow defense counsel to review discovery and determine what motions, if any, the defendant intends to make, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **June 27, 2007,** until **August 3, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            June 27, 2007

                                        John G. Koeltl
                                  United States District Judge