UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

WILFREDO SALAS,

                Defendant.

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07
```

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a bail hearing Monday, July 2, 2007 at noon.

SO ORDERED.

Dated:    New York, New York
            June 29, 2007

                                            John G. Koeltl
                                      United States District Judge