UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                           :

UNITED STATES OF AMERICA     :     <u>INDICTMENT</u>
                           :

         -v.-         :

                           :     S1 07 Cr. 557 (JGK)

PHILLIP CASANOVA,        :
    a/k/a "Philly Phil,"  :
WILFREDO SALAS,         :
    a/k/a "Pito," and    :
EFRAIN TORRES,          :
    a/k/a "Willy Will,"   :

                           :

          Defendants.   :

                           :
- - - - - - - - - - - - - - - - x

COPY FILED

JUL 0 5 2007

<u>COUNT ONE</u>

    The Grand Jury charges:

    1.   From at least in or about early 2007, up to and
including on or about June 4, 2007, in the Southern District of
New York and elsewhere, PHILLIP CASANOVA, a/k/a "Philly Phil,"
WILFREDO SALAS, a/k/a "Pito," and EFRAIN TORRES, a/k/a "Willy
Will," the defendants, and others known and unknown, unlawfully,
intentionally, and knowingly did combine, conspire, confederate
and agree together and with each other to violate the narcotics
laws of the United States.

    2.   It was a part and an object of the conspiracy that
PHILLIP CASANOVA, a/k/a "Philly Phil," WILFREDO SALAS, a/k/a
"Pito," and EFRAIN TORRES, a/k/a "Willy Will," the defendants,
and others known and unknown, would and did distribute and
possess with intent to distribute a controlled substance, to wit,
five kilograms and more of mixtures and substances containing a

detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

3.    It was further a part and an object of the conspiracy that PHILLIP CASANOVA, a/k/a "Philly Phil," WILFREDO SALAS, a/k/a "Pito," and EFRAIN TORRES, a/k/a "Willy Will," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

<u>Overt Acts</u>

4.    In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    On or about April 14, 2007, EFRAIN TORRES, a/k/a "Willy Will," the defendant, called WILFREDO SALAS, a/k/a "Pito," the defendant, and the two discussed the purchase of narcotics.

b.    On or about April 20, 2007, SALAS called PHILLIP CASANOVA, a/k/a "Philly Phil," the defendant, and the two discussed the purchase of narcotics.

2

        c.    On or about April 29, 2007, CASANOVA called a co-conspirator not named as a defendant herein to check on the availability of narcotics.

        d.    On or about May 3, 2007, in New York, New York, SALAS delivered a quantity of cocaine to a customer.

        (Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PHILLIP CASANOVA,
a/k/a "Philly Phil,"
WILFREDO SALAS,
a/k/a "Pito," and
EFRAIN TORRES,
a/k/a "Willy Will,"

Defendants.

## INDICTMENT

S1 07 Cr. 557 (JGK)

(21 U.S.C. §§ 812, 841(a)(1) and
(b)(1)(A), and 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Madeline Couton*

Foreperson.

*Post 11/87*

*2 C*

*7/5/07*

*Indictment filed.*

*J. Maas, USMJ*