```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

         -against-

WILFREDO SALAS,
PHILLIP CASSANOVA
EFRAIN TORRES,
                         Defendant.
------------------------------------------------------------X
```

07 cr 557 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, September 14, 2007 at 11:00am** before the Honorable John G. Koeltl.

The Court, on the record at a conference on July 20, 2007, prospectively excluded the time from today until **September 14, 2007** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       July 25, 2007