# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

September 21, 2007

BY HAND

Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

Re: **United States v. Wilfredo Salas**
    07 Cr. 557 (JGK)

Dear Judge Koeltl:

[Handwritten note: The Government should respond to this application by September 27, 2007. The Court will hold a hearing on October 4, 2007 at 9:30 A.M. So ordered. 9/24/07 /s/ Koeltl U.S.D.J.]

    I write in the above captioned case to request that the Court reconsider its prior decision to detain Mr. Salas without bail.

    Mr. Salas has been detained since his arrest on June 5, 2007. On June 29, 2007 and July 2, 2007, the Court held a bail hearing for Mr. Salas. After a hearing, the Court determined at that time that there were no conditions that were sufficient to overcome the risk of danger to the community. I respectfully ask the Court to reconsider its decision at this time.

    Mr. Salas is 29-year old citizen of the United States, who has no prior convictions of any kind. He has very strong ties to the community, many of whom are willing to sign a bond for his release. At this time, I propose the following bail package for the Court's consideration: a $ 500,000 personal recognizance bond, supported by <u>ten</u> financially responsible persons and supported by $7,000 in cash, with home detention and electronic monitoring.

    Mr. Salas is currently the only defendant of three in this case who has been detained without bail. At the time of the previous hearing, the Court expressed concerns about some recorded conversations that appeared to suggest Mr. Salas might be a danger to the community. I have now received discovery in this case, which includes voluminous recorded conversations. I have not yet listened to all of the conversations, but to date,

```
Honorable John G. Koeltl                        September 21, 2007
United States District Judge                                Page 2
Southern District of New York
```

    Re: **United States v. Wilfredo Salas**
        **07 Cr. 557 (JGK)**

have not heard any references to violence or weapons in any of the recordings. Further, it is clear from the recordings that Mr. Salas plays a less important role in any drug activity than Mr. Casanova, who has been granted bail. Moreover, although weapons were recovered from Mr. Casanova's residence, no weapons of any kind were recovered from Mr. Salas or his residence.

    I ask the Court to reconsider its ruling denying Mr. Salas bail, considering the enhanced package that has now been proposed, as well as the lack of any reference to violence or weapons possessed by Mr. Salas in the additional discovery that has been produced thus far.

                                    Respectfully,

                                    **JENNIFER L. BROWN**
                                    Attorney for **Wilfredo Salas**
                                    Tel. (212)417-8722

cc: Wilson Leung, Esq.
    Assistant United States Attorney
    Southern District of New York