UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

WILFREDO SALAS, et al.,

                          Defendant.
------------------------------------------------------------X

07 cr 557 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The parties are directed to appear for a conference on **Friday, November 30, 2007 at 4:00pm** before the Honorable John G. Koeltl.

    The Court prospectively excludes the time from today until **November 30, 2007** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                             JOHN G. KOELTL
                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 27, 2007