UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      - against -                    07 Cr. 557 (JGK)

WILFREDO SALAS,                    ORDER

         Defendant.

JOHN G. KOELTL, District Judge:

    The Court transmits to counsel for the defendant and counsel for the Government the attached letter received by the Court in connection with sentencing.

SO ORDERED.

Dated:    New York, New York
          October 2, 2007

                                    John G. Koeltl
                               United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/07

September 21, 2007

Dear Judge KOELTL

    My name is Mayra Agosto my fiancé Wilfredo Salas (70337-054) will be in your presence on October 4th regarding his bail. I'm writing this letter to express myself to you Wilfredo Salas is a good man and very hard working. He still has an opportunity to get his job back, which he's been working for over five years. Wilfredo has an eight year old daughter which is constantly asking for her dad, she miss him a lot. Wilfredo's parents are also going throw a rough time without there son. He was always attentive to them for what ever they needed. I myself miss Wilfredo, we live together and helped one another with the bills. Since he's been incarcerated I haven't been able to make ends meet. I can not afford the apartment and bills on my own. I am afraid to lose our apartment. If Wilfredo is granted bail he can work again and help out with the bills. Wilfredo is very responsible he would attend all court dates, and behind him will be all his family with love and support.

    Thank you for taking the time to read my letter. On Thursday October 4th I will be present in the court room to hear your decision on my fiancé Wilfredo Salas bail.

    Thank You for your consideration.


Thank you for your time,

*Mayra Agosto*

Mayra Agosto