UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA  :  **ORDER PERMITTING A CO-DEFENSE MEETING TO BE HELD AT THE UNITED STATES DISTRICT COURT, NEW YORK, NEW YORK**

- v -

WILFREDO SALAS  :  S1 07 Cr. 557 (JGK)

Defendant.

------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/07

**WHEREAS**, the above-named defendant, Wilfredo Salas, Register Number 70337-054, is at present confined at the Metropolitan Correctional Center, New York, New York, under the supervision and control of the United States Marshals Service; and

**WHEREAS**, Mr. Salas' co-defendant, Phillip Robert Casanova, Register Number 60064-054, is at present confined at the Metropolitan Detention Center, Brooklyn, New York, under the supervision and control of the United States Marshals Service; and

**WHEREAS**, Mr. Salas' co-defendant, Efrain Torres, is at present released on bail, under the supervision of the United States Pretrial Services, and

**WHEREAS**, an application has been made by Jennifer L. Brown, Assistant Federal Defender with the Federal Defenders of New York, which office has been appointed to represent the defendant, and on behalf of co-counsel, for an order permitting a co-defendant meeting to be held at the United States District Court, it is hereby

**ORDERED** that the United States Marshals Service or whosoever shall have the supervision and control of the defendants, shall provide a suitable place for a co-defendant meeting to be conducted, such place to consist of a private room without distractions or noise, containing a small table and chairs; and it is further

**ORDERED** that, Wilfredro Salas, Register Number 70337-054, Jennifer L. Brown, Esq., Phillip Robert Casanova, Register Number 60064-054, Louis V. Fasulo, Esq., Efrain Torres, and Julia Gatto, Esq., be permitted to convene in a room at the United States District Court located at 500 Pearl Street, New York, New York for the purpose of conducting the co-defendant meeting, on Friday, December 14, 2007 at 1:30 p.m.; and it is further

**ORDERED** that this Order shall remain in effect until further notice from this Court.

Dated:  New York, New York
        December 5, 2007

                                    SO ORDERED:

                                    _____
                                    HONORABLE JOHN G. KOELTL
                                    UNITED STATES DISTRICT JUDGE

TJT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

            -v.-                  :
                                       S1 07 Cr. 557 (JGK)
PHILLIP CASANOVA,                 :
    a/k/a "Philly Phil,"
WILFREDO SALAS,                   :
    a/k/a "Pito," and
EFRAIN TORRES,                    :
    a/k/a "Willy Will,"
                                  :
            Defendants.
                                  :
- - - - - - - - - - - - - - - - x



### COUNT ONE

The Grand Jury charges:

1. From at least in or about early 2007, up to and including on or about June 4, 2007, in the Southern District of New York and elsewhere, PHILLIP CASANOVA, a/k/a "Philly Phil," WILFREDO SALAS, a/k/a "Pito," and EFRAIN TORRES, a/k/a "Willy Will," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that PHILLIP CASANOVA, a/k/a "Philly Phil," WILFREDO SALAS, a/k/a "Pito," and EFRAIN TORRES, a/k/a "Willy Will," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a