UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                               07 cr 557 (JGK)

     -against-

                               **ORDER**

WILFREDO SALAS, et al.,
                Defendant.
------------------------------------------------------------X

    It is hereby order that Ira D. London, Esq. is hereby appointed as counsel for the defendant Wilfredo Salas for all purposes, replacing Jennifer Brown, Esq. of the Federal Defender Services Unit.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        December 14, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2007