USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

WILFREDO SALAS, PHILLIP CASANOVA and
EFRAIN TORRES,

                         Defendant.

-----------------------------------------------------------------X

07 cr 557 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, March 14, 2008 at 10:30am**

before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **March 14, 2008** in calculating

the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and

because the ends of justice served by such a continuance outweigh the best interest of the public and

the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      January 10, 2008