USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -

WILFREDO SALAS, PHILLIP CASANOVA, and
EFRAIN TORRES,

    Defendants.

07 Cr. 557 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **January 25, 2008** at **11:00 a.m.**

Because an adjournment is needed to allow new counsel for defendant Salas to acquaint himself with the case, and to allow defense counsel to review discovery and determine what motions, if any, the defendants intends to make, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **December 14, 2007,** until **January 25, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
        December 14, 2007

                                  John G. Koeltl
                                  United States District Judge

MICROFILMED JAN 0 4 2008 -12:00 PM

Returned to chambers for scanning on 1-17-08
Scanned by chambers on 1/22/2008