UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA

v.

WILFREDO SALAS,
PHILLIP CASANOVA, and
EFRAIN TORRES,

       Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**07 Cr. 557 (JGK)**

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

                      By:    //s//
                              David B. Massey
                              Assistant United States Attorney
                              (212) 637-2283
                              david.massey@usdoj.gov

TO:    Counsel (by ECF)