USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                                 07 Cr. 557 (JGK)

WILFREDO SALAS, PHILLIP CASANOVA, and    ORDER
EFRAIN TORRES,

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to file any motions by **May 23, 2008**. Any responses should be filed by **June 13, 2008**, and replies should be filed by **June 20, 2008**. The parties are directed to appear for a hearing on **July 8, 2008** at **4:30 p.m.** Requests to charge and proposed voir dire requests should be submitted by **August 18, 2008**. Any objections should be filed by **August 20, 2008**. The final pre-trial conference will be held on **September 4, 2008** at **4:00 p.m.** Trial is scheduled to begin on **September 8, 2008** at **9:00 a.m.**

    At the hearing held on April 11, 2008, the Court prospectively excluded the time from **April 11, 2008** to **September 8, 2008**, and now confirms that exclusion. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A). The time between making motions and the decision

on such motions is independently excludable pursuant to 18 U.S.C. § 3161(h)(1)(F).

SO ORDERED.

Dated:    New York, New York
          April 13, 2008

_____
John G. Koeltl
United States District Judge