UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

      v.                                        07 CR. 557 (JGK)

WILFREDO SALAS,                          **AFFIRMATION**

                Defendant.
--------------------------------------------------------X

Avrom Robin, Esq., pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury:

1. I am counsel for Wilfredo Salas, the defendant in the above-captioned case. The following affirmation is based upon my review of the discovery disclosed as of May 23, 2008, interviews with Mr. Salas, and conversations with the assigned Assistant United States Attorney. This affirmation provides facts in support of Mr. Salas's motion for suppression.

2. Affiant certifies that all statements in the motion and its accompanying Memorandum of Law that are not otherwise supported by cited authority are true and correct within my personal knowledge and belief.

3. The exhibit annexed to the moving papers is a copy provided to us by the government.

Dated: May 23, 2008
New York, New York

                                                    Respectfully submitted,

                                                    _____/s/ filed via ECF_____
                                                    AVROM ROBIN
                                                    Law Offices of Ira D. London
                                                    Attorney for the Defendant
                                                    Wilfredo Salas
                                                    245 Fifth Avenue, Suite 1900
                                                    New York, New York 10016
                                                    (212) 683-8000

To: United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York  10007
ATTN:  DAVID B. MASSEY, A.U.S.A.

Clerk of the Court
United States District Court
Southern District of New York