LAW OFFICES OF
# IRA D. LONDON

AVROM ROBIN

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

JUN 9 2008

SUITE 1900
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

June 9, 2008

United States District Judge John G. Koeltl
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**
John G. Koeltl, U.S.D.J.
6/9/08

Re: **United States v. Wilfredo Salas, Phillip Casanova and Efrain Torres**
    **07-CR-557 (JGK)**

Dear Judge Koeltl:

I write on behalf of our client, Wifredo Salas, to request a modification in the briefing schedule. Mr. Salas filed pretrial motions on the due date, May 23, 2008.

My request, to which A.U.S.A. David Massey for the government consents, is as follows:

Due date for U.S. response be changed from June 13, 2008 to June 23, 2008.
Due date for defense reply be changed from June 20 to June 30, 2008.
Status conference and argument on motions remain unchanged, July 8, 2008 at 4:30 pm.

I make this request for the following reasons:
1.   I met with the government on June 6, 2008, to discuss a possible resolution of this matter other than trial. Both sides believe an additional 10 days may be productive.
2.   A.U.S.A. David Massey expects to be out of the office for personal reasons at least four days this week and can thus benefit from some extra time to work on the motions, assuming no resolution is reached.
3.   Defendants Casanova and Torres, neither of whom have filed motions, are not affected.
4.   My request allows the rest of the argument and pretrial schedule to remain unchanged, and still gives your Honor a week to consider the fully briefed motions before the argument date of July 8, 2008.

Very truly yours,

AVROM ROBIN

Cc:  A.U.S.A. David Massey
     Louis Fasulo, Esq.          (counsel to Phillip Casanova)
     Maurice Sercarz, Esq.       (counsel to Efrain Torres)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

# THE LAW OFFICES OF IRA D. LONDON
## 245 FIFTH AVENUE
## SUITE 1900
## NEW YORK, NY 10016
### TEL: 212-683-8000
### FAX: 212-683-9422

# FAX COVER SHEET

FAX NUMBER TRANSMITTED TO:    212-805-7912
To:             Hon. John G. Koeltl
Of:             U.S. District Court, S.D.N.Y.
From:           Avrom Robin, Esq.
Client/Matter:  U.S. V. Wilfredo Salas, et al.,
Date:           June 9, 2008

| DOCUMENTS | NUMBER OF PAGES* |
|---|---|
| Letter request | 2 |
|  |  |
|  |  |

COMMENTS:

*INCLUDING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT 212-683-8000.

The information contained in this fax message is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via first class mail. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege.