UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

NOTICE OF APPEARANCE AND REQUEST
FOR ELECTRONIC NOTIFICATION

07 Cr. 557 (JGK)

WILFREDO SALAS,
PHILLIP CASANOVA, and
EFRAIN TORRES,

    Defendants.

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York

By:    //s//
        David B. Massey
        Assistant United States Attorney
        (212) 637-2283
        david.massey@usdoj.gov

TO:    Counsel (by ECF)