USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - against -                              07 Cr. 557 (JGK)

WILFREDO SALAS,                             ORDER

                Defendant.

---

JOHN G. KOELTL, District Judge:

By **August 6, 2008**, the Government is directed to submit to the Court the monitoring logs maintained in connection with the Salas Cellphone and the Casanova Cellphone, including any breakdowns of the number of intercepted calls which were less than two minutes in length and the number of intercepted calls in which the participants spoke in a foreign language. The Government should also provide the same reports and records for the Casanova Cellphone that it has provided for the Salas Cellphone.

SO ORDERED.

Dated:    New York, New York
          August 12, 2008

                                    John G. Koeltl  Richard J. Sullivan
                              United States District Judge

                                    Part I