**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 6, 2008

**By Fax**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007
Fax: 212-805-7912

   Re:  United States v. Salas, S1 07 Cr. 557 (JGK)

Dear Judge Koeltl:

  The Government respectfully requests an extension of four business days (to August 12, 2008) within which to file its response to the Court's August 4, 2008 Order (signed by the Honorable Richard J. Sullivan, Part I) directing the Government to submit to the Court the monitoring logs maintained in connection with the Salas and Casanova Cellphones, including a breakdown of the number of intercepted calls that were less than two minutes in length and the number of intercepted calls in which the participants spoke in a foreign language, among other things.

  Government counsel assigned to this case received the Court's August 4, 2008 Order on the morning of August 6, 2008; the Order was faxed to a general number at the U.S. Attorney's Office after the close of business on August 4, and it was then routed through the U.S. Attorney's Office's inter-office mail. (For the Court's information, the best fax number for Government counsel on this case is 212-637-0097.)

  The Government has left voice mail messages for Messrs. Robin and London, counsel for Salas, requesting their consent to this request for an extension. Although Messrs. Robin and

APPLICATION GRANTED
SO ORDERED

8/7/08

John G. Koeltl, U.S.D.J.

London have not yet responded to the voice mails, based on their past practice on this and other cases, the Government believes that they will consent to the request.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

By: _____
      David B. Massey
      Assistant United States Attorney
      Tel: (212) 637-2283
      Fax: (212) 637-0097

cc:    Ira D. London, Esq.
       Avrom J. Robin, Esq.
       Fax: 212-683-9422
       Fax: 212 532 4668