UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
SDS SDNY
OCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/19/2008
```

----------------------------------------------------

UNITED STATES OF AMERICA

                -against-

WILFREDO SALAS, et al.,

                        Defendant.

-------------------------------------------------------------X

07 cr 557 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

Requests to charge and voir dire, ~~together with any objections,~~ shall be due **November 4,** *Objections are due November 7 2008.* **2008.** Final pretrial conference shall be held on **Thursday, November 13, 2008 at 4:00pm.** Trial is scheduled for **Wednesday, November 19, 2008 at 9:00am.**

The Court prospectively excludes the time from today until **November 19, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       August 18, 2008